**In re Edward RAPP.**

No. 2013–1111.

United States Court of Appeals,
Federal Circuit.

Aug. 13, 2013.

Brian M. Kolkowski, Flocel Inc., of Cleveland, OH, for appellant. With him on the brief was Mark Pennington.

Nathan K. Kelley, Deputy Solicitor, United States Patent and Trademark Office, of Alexandria, VA, for appellee. With him on the brief were Jeremiah Helm and Robert J. McManus, Associate Solicitors.

RADER, Chief Judge, CLEVENGER, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.